UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ERIKA A. WILSON,

        Plaintiff,

v.                                        ACTION NO. 2:14cv555

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

        Defendant.

## FINAL ORDER

Plaintiff Erika A. Wilson brought this action, pro se, seeking judicial review of the decision of the Acting Commissioner of Social Security concluding that her previous period of disability under Title XVI of the Social Security Act, 42 U.S.C. §§ 1381-1383(f), ended as a result of medical improvement.

This matter was referred to a United States Magistrate Judge, pursuant to the provisions of 28 U.S.C. §§ 636(b)(1)(B) and (C) and Rule 72(b) of the Federal Rules of Civil Procedure, as well as Rule 72 of the Local Rules of the United States District Court for the Eastern District of Virginia, for a report and recommendation. The Report and Recommendation of the Magistrate Judge was filed on July 27, 2015, recommending that Plaintiff's motion for summary judgment, ECF No. 17, be DENIED, Defendant's motion for summary judgment, ECF

No. 22, be GRANTED, and that the final decision of the Acting Commissioner be AFFIRMED.  By copy of the Report and Recommendation, each party was advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge.  Following an extension of time granted to Plaintiff, no objections were filed by either party.

Having reviewed the record, and finding no error, the Court hereby ADOPTS the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed on July 27, 2015, and the decision of the Acting Commissioner is **AFFIRMED**, Defendant's motion for summary judgment, ECF No. 22, is **GRANTED**, Plaintiff's motion for summary judgment, ECF No. 17, is **DENIED**, and this case is **DISMISSED WITH PREJUDICE**.

Plaintiff is ADVISED that she may appeal from this Final Order by forwarding a written notice of appeal to the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510.  Said written notice must be received by the Clerk within sixty (60) days from the date of this Final Order.

The Clerk shall forward a copy of this Final Order to Plaintiff and to counsel of record for Defendant.

/s/
Mark S. Davis
United States District Judge

Mark S. Davis
United States District Judge

Norfolk, Virginia
September  17  , 2015

2